143

United States District Court
Southern District of Texas
ENTERED

SEP 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

United States District Court
Southern District of Texas
FILED

JUL 28 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN REGARDS TO: §
ASBESTOS PRODUCT § CIVIL ACTION NO. MDL 875
LIABILITY LITIGATION §

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

REX L. HUGHES, JR., ET UX. §
§
VS. § CIVIL ACTION NO. B-91-031
§
A.C. & S., INC., ET AL. §

## ORDER

ON THIS DAY, the Court came and considered Defendant, Pulmosan Safety Equipment Corporation's Motion for Expedited Hearing of Submission for its Motion to Dismiss under Rule 12(b). This Court has decided to dismiss Defendant Pulmosan Safety Equipment Corporation.

It is ORDERED, ADJUDGED and DECREED that Defendant Pulmosan Safety Equipment Corporation's Motion to Dismiss under Rule 12(b) is GRANTED ~~in its entirety~~ and Defendant Pulmosan Safety Equipment Corporation is dismissed from the action. Defendant Pulmosan Safety Equipment Corporation's request for an expedited hearing is therefore moot.

SIGNED this 28th day of July, 1998.

_____
HONORABLE CHARLES R. WEINER
UNITED STATES DISTRICT JUDGE

224389