United States District Court
Southern District of Texas
ENTERED
SEP 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 28 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN REGARDS TO: | § | |
| ASBESTOS PRODUCT | § | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX L. HUGHES, et ux. | § | |
| | § | |
| VS. | § | CIVIL NO. B-91-031 |
| | § | |
| A.C. & S., INC., et al. | § | |

## ORDER GRANTING APPEARANCE AND WITHDRAWAL OF PULMOSAN SAFETY EQUIPMENT CORPORATION'S ATTORNEY OF RECORD

CAME ON for consideration the Motion for Substitution and Withdrawal of Defendant Pulmosan Safety Equipment Corporation's Attorney of Record, attached hereto as Exhibit "A". The Court, having considered the same, is of the opinion that the Motion should be **GRANTED**. It is therefore,

**ORDERED** that the Motion for Substitution and Withdrawal of Defendant Pulmosan Safety Equipment Corporation's Attorney of Record is **GRANTED** and that Thomas W. Burch III of Brown, Sims, Wise & White, 2000 Post Oak Blvd., Suite 2100, Houston, Texas 77056, is hereby substituted as attorney of record and attorneys in charge for Defendant Pulmosan Safety Equipment Corporation in place of David E. Grove and Jenkins, Grove & Martin.

228433.

SIGNED on this the 28th day of July, 1998.

_____
HONORABLE CHARLES R. WEINER
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

JENKINS, GROVE & MARTIN

By: _David E. Grove_ *
David E. Grove
State Bar No. 08548500
P.O. Box 26008
Beaumont, Texas 77720-6008
[t] (409) 832-4100
[f] (409) 832-4242

* SIGNED BY PERMISSION

BROWN, SIMS, WISE & WHITE

By: _Thomas W Burch III_
Thomas W. Burch III
State Bar No. 03358315
James D. Wise, Jr.
State Bar No. 21813600
2000 Post Oak Blvd., Suite 2100
Houston, Texas 77056-4496
[t] (713) 629-1580
[f] (713) 629-5027

228433.                                              2

ClibPDF - www.fastio.com