United States District Court
Southern District of Texas
ENTERED

OCT 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN REGARDS TO: | § | |
| ASBESTOS PRODUCT | § | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX L. HUGHES, JR. AND | § | |
| MARIA HUGHES | § | |
| | § | CIVIL NO. B-91-031 |
| VS. | § | |
| | § | |
| A. C. & S., INC., ET AL | § | |

## ORDER

On this day came on to be considered Defendants', Air Liquide America Corporation, successor in interest to Big Three Industries, Inc., Bowen Tools, Inc. and Sanstorm, Inc., Motion for Expedited Hearing or Submission of their Motion to Dismiss Under Rule 12(b). This Court has decided to dismiss Defendants, Air Liquide America Corporation, successor in interest to Big Three Industries, Inc., Bowen Tools, Inc. and Sanstorm, Inc.

It is ORDERED, ADJUDGED and DECREED that Defendants', Air Liquide America Corporation, successor in interest to Big Three Industries, Inc., Bowen Tools, Inc. and Sanstorm, Inc., Motion to Dismiss Under Rule 12(b) is GRANTED and Defendants, Air Liquide America Corporation, successor in interest to Big Three Industries, Inc., Bowen Tools, Inc. and Sanstorm, Inc. are dismissed from this action. Defendants' request for an expedited hearing is therefore moot.

SIGNED this 23rd day of September, 1998.

UNITED STATES DISTRICT JUDGE
Charles R. Weiner