148

United States District Court
Southern District of Texas
ENTERED

OCT 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN REGARDS TO: § § | |
| ASBESTOS PRODUCT § | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REX L. HUGHES, JR. AND § | |
| MARIA HUGHES § § | |
| VS. § | CIVIL NO. B-91-031 |
| § § | |
| A. C. & S., INC., ET AL § | |

## ORDER

Defendant Bob Schmidt, Inc.'s Motion to Dismiss Under Rule 12(b) is GRANTED, and it is

ORDERED that this case is dismissed as to Defendant Bob Schmidt, Inc. and that Defendant's request for an expedited hearing is therefore moot.

SIGNED this 29th day of September, 1998.

_____
UNITED STATES DISTRICT JUDGE

Charles R. Weiner

F:\WP\128\088\EXPDHRG.MTN