United States District Court
Southern District of Texas
ENTERED

JAN 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN REGARDS TO: | § | |
| ASBESTOS PRODUCT | § | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX L. HUGHES, JR. AND | § | |
| MARIA HUGHES | § | |
| | § | CIVIL NO. B-91-031 |
| VS. | § | |
| | § | |
| A.C. & S., INC., ET AL | § | |

## ORDER

CAME ON to be heard Defendant Specialty Sand Company's Rule 12(b) Motion to Dismiss claims of Rex L. Hughes, Jr. and Maria Hughes in the above entitled and numbered cause, and the Court having considered such Motion, and the pleadings on file in this case, and has determined that Defendant, Specialty Sand Company's Motion is well founded and should be granted. It is therefore,

ORDERED, that Defendant, Specialty Sand Company's Rule 12(b) Motion to Dismiss the claims by Plaintiffs, Rex L. Hughes, Jr. and Maria Hughes should be GRANTED and Specialty Sand Company is no longer a party to this case. It is further,

ORDERED, that Plaintiffs Rex L. Hughes and Maria Hughes' claims against Specialty Sand Company are hereby dismissed.

SIGNED this 15th day of January, 1999.

_____
U.S. DISTRICT JUDGE PRESIDING

Charles R. Weiner