| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 1 3 1999

MICHAEL N. MILBY, CLERK OF COURT

| Rex L. Hughes, Jr. | § | |
|---|---|---|
| | § | |
| | § | |
| versus | § | Civil Action B-91-31 |
| | § | |
| | § | |
| Owens Corning | § | MDL 875 |

## Order

Jeffrey Mundy is substituted as attorney in charge for defendant Owens Corning, and Rick W. Thamm is withdrawn.

Signed on ____8/11____, 1999, at Houston, Texas.

Lynn N. Hughes
United States District Judge