United States District Court
Southern District of Texas
ENTERED

SEP 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN REGARDS TO: | § | |
| ASBESTOS PRODUCT | § | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REX L. HUGHES, JR. AND MARIA HUGHES | § | |
| VS. | § | CIVIL NO. B-91-031 |
| A.C. & S. INC., ET AL | § | |

## ORDER

Defendant, HEATLEY EQUIPMENT COMPANY, INC.'s, Motion to Dismiss Under Rule 12(b) is GRANTED, and it is

ORDERED that this case is dismissed as to Defendant, HEATLEY EQUIPMENT COMPANY, INC., and that Defendant's request for an expedited hearing is therefore moot.

SIGNED this 13th day of August, 2002.

UNITED STATES DISTRICT JUDGE
Charles R. Weiner